IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NEXTEEL CO., LTD.,** <br>     Plaintiff, <br> and <br> **SEAH STEEL CORPORATION,** *et al.*, <br>     Consolidated Plaintiffs, <br> and <br> **HUSTEEL CO., LTD.,** *et al.*, <br>     Plaintiff-Intervenors, <br> v. <br> **UNITED STATES,** <br>     Defendant, <br> and <br> **AMERICAN CAST IRON PIPE COMPANY,** *et al.*, <br>     Defendant-Intervenors. | **Consol. Court No. 20-03898** <br> **[and Attached Schedule]** |

**NOTICE OF CHANGE OF COUNSEL ADDRESS**

PLEASE TAKE NOTICE that, pursuant to Rule 75(e) of the Rules of the United States Court of International Trade, the undersigned who has previously entered an appearance on behalf of American Cast Iron Pipe Company and Stupp Corporation, defendant-intervenors in this action, hereby notifies the Court that the firm of Wiley Rein LLP has changed addresses as reflected below.

                                                                             Respectfully submitted,

                                                                             */s/ Timothy C. Brightbill* <br>
                                                                             Timothy C. Brightbill, Esq.

                                                          **WILEY REIN LLP** <br>
                                                          2050 M Street, NW <br>
                                                          Washington, DC 20036 <br>
                                                          (202) 719-7000 <br>
                                                          WileyTrade@wiley.law

                                                          *Counsel to American Cast Iron Pipe* <br>
                                                          *Company and Stupp Corporation*

Dated: August 4, 2022

Schedule to Notice of Change of Counsel Address

| Court Number(s) | Case Name | Party or Parties Represented |
| --- | --- | --- |
| 20-03930 | *Coalition for Fair Trade in Hardwood Plywood v. United States* | Coalition for Fair Trade in Hardwood Plywood |
| 20-03935 | *SeAH Steel Corporation v. United States* | American Cast Iron Pipe Company and Stupp Corporation |
| 20-03940 | *Hyundai Steel Company v. United States* | American Cast Iron Pipe Company and Stupp Corporation |